Third National Bank of Philadelphia, Appellant, v. The R. G. Chase Company, Respondent.— Judgment affirmed, with costs. All concurred; Robson, J., not sitting.

The People of the State of New York ex rel. The Niagara Falls Hydraulic Power and Manufacturing Company, Appellant, v. The State Board of Tax Commissioners, Respondent.— Order affirmed, with costs. All concurred.

Buffalo Forge Company, Respondent, v. Columbus and Hocking Clay Construction Company, Appellant.— Order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.